## Indictment Synopsis

1:23-cr-00112-JAW

U.S. DISTRICT COURT
DIST... ...INE
REC... ... & FILED
2023 OCT 11 A 11: 56

| | |
|---|---|
| **Name:** | Toman Caudill |
| **Address:** (City & State Only) | Bangor Maine |
| **Year of Birth and Age:** | 1993/30 |
| **Violations:** | **Count 1**: Possession of Firearm and Ammunition by Prohibited Person, 18 U.S.C. §922(g)(1). |
| **Penalties:** | **Count 1**: A term of imprisonment of no more than 15 years, a $250,000 fine, or both. 18 U.S.C. §924(a)(8). |
| **Supervised Release:** | **Count 1**: Not more than three years. 18 U.S.C. §3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1**: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1**: Three years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be determined |
| **Primary Investigative Agency and Case Agent Name:** | ATF/Justin Blais |
| **Detention Status:** | State Custody; warrant to issue. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot County |
| **AUSA:** | Ethan R. Plaut |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | None |

| **Assessments:** | $100.00 per count |
|---|---|